UNITED STATES DISTRICT COURT FOR THE
                     DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

                v.                      Criminal No. 07-cr-06-01-JD

<u>Steven J. Keohane</u>


                           <u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 8) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.


                                    <u>/s/ Joseph A. DiClerico, Jr.</u>
                                    Joseph A. DiClerico, Jr.
                                    United States District Judge

Date:  March 19, 2007



cc:  James Dennehy, Esq.
     Karin Eckel, Esq.
     U.S. Marshal
     U.S. Probation